No. _____ CR 07 00527 _____ HRL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

FILED
2007 AUG -8 P 2: 49
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

---

### THE UNITED STATES OF AMERICA

*vs.*

### MICHAEL SAEZ

---

## INDICTMENT

<u>Count One</u>: Title 21, United States Code, Sections 841(a)(1) - Possession With Intent to Distribute Methamphetamine

---

*A true bill.*

_____
*Foreperson*

Filed in open court this ___8___ day of __Aug.__

A.D. 2007

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ __No bail, arrest warrant__



SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

2007 AUG -8 P 2: 49

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEALED BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07 00527 RMW HRL |
| Plaintiff, ) | VIOLATION: 21 U.S.C. § 841(a)(1) – Possession With Intent to Distribute Methamphetamine |
| v. ) | |
| MICHAEL SAEZ, ) | SAN JOSE VENUE |
| Defendant ) | |

### INDICTMENT

The Grand Jury charges:

COUNT ONE: (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

On or about July 26, 2007, in the Northern District of California, the defendant,

MICHAEL SAEZ,

did knowingly and intentionally possess with the intent to distribute a controlled substance, to wit, 50 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United

**INDICTMENT**

1  States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

A TRUE BILL.

DATED: August 8, 2007

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
DAVID R. CALLAWAY
Deputy Chief, San Jose Office

(Approved as to form: _____ )
                      AUSA O'Connell

INDICTMENT                                2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---OFFENSE CHARGED---

SEE ATTACHMENT TO PENALTY SHEET

FILED
2007 AUG -8 P 2:50
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
SEE ATTACHMENT TO PENALTY SHEET

SEALED BY ORDER OF THE COURT

**DEFENDANT - U.S.**
▶ MICHAEL SAEZ

**DISTRICT COURT NUMBER**
CR 07 00527  RMW  HRL

---DEFENDANT---

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons ▶
   was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

---PROCEEDING---

Name of Complainant Agency, or Person (&Title, if any)
S/A Robert Patrizi-ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense
   SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
   MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

Name and Office of Person Furnishing Information on THIS FORM
KEVIN V. RYAN
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
THOMAS M. O'CONNELL

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed
Month/Day/Year

**DATE OF ARREST** ▶
Or... if Arresting Agency & Warrant were not
Month/Day/Year
**DATE TRANSFERRED TO U.S. CUSTODY** ▶

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

UNITED STATES OF AMERICA
v.
MICHAEL SAEZ

**ATTACHMENT TO PENALTY SHEET**

<u>Count One</u>: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) - Possession With Intent to Distribute Methamphetamine

10 years imprisonment (mandatory minimum)
Life imprisonment (maximum)
$4,000,000 Fine
5 years of supervised release
$100 special assessment

1