VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone    (415) 421-4347
Fax          (650) 289-0636

Counsel for Michael Saez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00527 RMW (HRL) |
| Plaintiff, | [PROPOSED] ORDER EXCLUDING TIME |
| v. | |
| MICHAEL SAEZ, | |
| Defendant. | |

GOOD CAUSE BEING SHOWN, the status appearance before Hon. Ronald M. Whyte will be set for September 17, 2007. This Court finds that the period from August 24, 2007, through and including September 17, 2007, is excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h). The basis for such exclusion is the government needs the time to provide the discovery and defense counsel needs time to review the reports. Additionally, defense counsel will be on vacation from August 30, 2007, through September 12, 2007.

Therefore the ends of justice served by such a continuance outweigh the best interest of the public and the defendants in a Speedy Trial within the meaning of Title 18 U.S.C §3161(h)(8)(A).

As required by 18 U.S.C §3161 (h)(8)(B(iv), this Court finds that the reason that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial are the denial of

[PROPOSED] ORDER

1  the continuance would unreasonably deny the defendant reasonable time necessary for effective

2  preparation of the pretrial motions and defense, taking into account the exercise of due diligence,

3  and would deny the defendant continuity of counsel.  18 U.S.C. §3161(h)(8)(B)(iv).

4  DATED:

5          HOWARD R. LLOYD
        UNITED STATES MAGISTRATE

6

7

  Approved as to form:

8

   /s/   Tom O'Connell
9  Tom O'Connell
  Assistant U.S. Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION RE CONTINUANCE
[PROPOSED] ORDER

- 2 -