***E-FILED *__**

## CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte        **REPORTER:** Lee-Anne Shortridge

**DATE:** September 17, 2007      **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00527-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- MICHAEL SAEZ
     **APPEARANCES:**                                   (P) (C)

**PLTF:** AUSA: T. O'Connell         **DEFT:** V. Young

**COURT ACTION: STATUS HEARING**

**Hearing Held. Defense counsel advised the Court that they need additional time to review the discovery. The Court continued this matter to 10/15/07 @ 9:00 am for s Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 10/15/07. Government to prepare exclusion order.**

                                  */s/ Jackie Garcia*
                                    **JACKIE GARCIA**
                                  **Courtroom Deputy**