VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for Defendant Michael Saez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-527 RMW (HL) |
| Plaintiff, | NOTICE OF MOTION AND MOTION TO REOPEN DETENTION HEARING |
| v. | 18 USC 3142(f)(2)(B) |
| MICHAEL SAEZ, | |
| Defendant. | Date:  October 4, 2007<br>Time:  9:30 a.m.<br>Judge: Lloyd |

TO:   UNITED STATES OF AMERICA, PLAINTIFF, SCOTT N. SCHOOLS, UNITED STATES ATTORNEY AND THOMAS O'CONNELL, ASSISTANT UNITED STATES ATTORNEY, ATTORNEYS FOR PLAINTIFF

PLEASE TAKE NOTICE that on Thursday October 4, 2007, at 9:30 a.m., or as soon thereafter as the matter may be heard, defendant Michael Saez, by and through his counsel of record, Vicki H. Young, hereby moves this Court to reopen the detention hearing held on August 24, 2007.

The grounds for this request is that defense counsel has become aware of information that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community. The new information is that Mr. Saez' brother Eddie Saez has agreed that the property he owns may be used to secure the bond.

1  This motion is based upon the instant motion and the Declaration of Vicki H. Young filed this
2  date, and any other evidence presented at the hearing on this motion.
3  DATED:                                              Respectfully submitted,

6                                                      VICKI H. YOUNG
                                                       Attorney for Michael Saez

MOTION TO REOPEN
DETENTION HEARING                    - 2 -