VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for Defendant Michael Saez

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-527 RMW (HL) |
| Plaintiff, | DECLARATION OF COUNSEL RE MOTION TO REOPEN DETENTION HEARING |
| v. | |
| MICHAEL SAEZ, | 18 USC 3142(f)(2)(B) |
| Defendant. | Judge: Lloyd |

I, Vicki H. Young, state and declare as follows:

1. I am the attorney appointed pursuant to 18 U.S.C. 3006A to represent the defendant Michael Saez in the above-entitled case. Mr. Saez was arraigned on the indictment on August 16, 2007. The detention hearing was held before Magistrate Judge Howard Lloyd on August 24, 2007, and a PreTrial Services report was ordered.

2. On August 24, 2007, the original Pretrial Services report noted that they had not been able to locate any sureties to guarantee Mr. Saez' release. The question of detention was submitted pending determination by defense counsel whether any of Mr. Saez' relatives or friends would be willing to post property and act as sureties on the bond.

DECLARATION OF COUNSEL RE
MOTION TO REOPEN
DETENTION HEARING          - 1 -

3. On September 26, 2007, I spoke with Michael Saez' brother Eddie Saez. Damaso Rosas owns the house at 1171 Cosco Court, Holllister, California. Eddie Saez advised that he is willing to post the available equity in the house to secure Juan Rosas' release.

4. The property was refinanced two years ago. Eddie Saez believes that the appraisal at the time was $500,000. The mortgage on the property is $235,000.

5. I believe that this new information provides the Court sufficient basis to set conditions of bond that would reasonably assure Mr. Michael Saez' appearance.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my ability, information and belief.

Executed this 26th day of September, 2007, at Palo Alto, California.

                                          _____
                                          VICKI H. YOUNG
                                          Attorney for Michael Saez