1  VICKI H. YOUNG, Esq.
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3  TEL: (415) 421-4347

4  Attorney for Defendant Michael Saez

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 07-527 RMW (HRL) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | EX PARTE APPLICATION FOR ORDER SHORTENING TIME |
| v. | ) | |
| | ) | |
| MICHAEL SAEZ, | ) | Date:  October 4, 2007 |
| | ) | Time:  9:30 a.m. |
| Defendant. | ) | Judge: Howard R. Lloyd |

Defendant MICHAEL SAEZ, through his attorney of record, Vicki H. Young, Esq., hereby applies for an Order Shortening Time for hearing on his Motion to Reopen Detention Hearing. Michael Saez requests that the hearing be heard by this court on Thursday, October 4, 2007.

Since there is only one week before the requested date, this application for an order shortening time is necessary so that the matter can be scheduled for October 4, 2007.

Dated: September 26, 2007                         Respectfully submitted,


                                                   /s/  Vicki H. Young
                                                  Vicki H. Young
                                                  Attorney for MICHAEL SAEZ