VICKI H. YOUNG, Esq.
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301
TEL: (415) 421-4347

Attorneys for Defendant Michael Saez

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 07-527 RMW (HRL) |
| ) | |
| Plaintiff, ) | DECLARATION OF COUNSEL |
| ) | IN SUPPORT OF |
| v. ) | APPLICATION FOR ORDER |
| MICHAEL SAEZ, ) | SHORTENING TIME |
| ) | |
| Defendant. ) | |
| _____ ) | |
| ) | |

I, Vicki H. Young state and declare as follows:

1. I am the attorney appointed to represent MICHAEL SAEZ in the above -captioned matter.  I am an attorney duly licensed to practice law in the State of California and am admitted to practice before the United States District Court for the Northern District of California.

2. On August 24, 2007, this court held a detention hearing.  At the hearing, the court indicated that it would consider seteting conditions of release of Mr. Saez could produce a surety who owned real property.

3. On September 26, 2007, I spoke with Michael Saez' brother Eddie Saez.  Eddie Saez indicated that he owns his home at 1171 Cosco Court, Hollister, California.  Eddie Saez indicated that he would be willing to post a property bond to secure his brother Michael's release in the above matter.

4. In order for the court to hear the matter promptly, an order shortening time is necessary so that this matter can be heard on October 4, 2007.

5. On September 26, 2007, I spoke with AUSA Tom O'Connell regarding this

application for an order shortening time.  AUSA O'Connell indicated that he did not oppose this application for an order shortening time.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 26th day of September, 2007, at Palo Alto, California.


        /s/ Vicki H. Young
Vicki H. Young