# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                          )<br>          Plaintiff,                              )<br>                                                          )<br>     v.                                              )<br>                                                          )<br>MICHAEL SAEZ,                              )<br>                                                          )<br>          Defendant.                          )<br>_____) | No. CR 07-527  RMW (HRL)<br><br>[PROPOSED] ORDER SHORTENING TIME |

UPON APPLICATION OF the defendant, MICHAEL SAEZ, and good cause appearing therefore,

IT IS HEREBY ORDERED that the time for filing of MICHAEL SAEZ' Motion to Reopen Detention Hearing is shortened, and the Motion, and Declaration in Support of Motion are ordered filed forthwith for hearing on October 4, 2007, at 9:30 a.m.

DATED:

_____
Howard R. Lloyd
United States Magistrate Judge

[PROPOSED] ORDER
SHORTENING TIME                                                - 1 -