1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN STRETCH (CSBN 163)
   Chief, Criminal Division
4  THOMAS M. O'CONNELL (NYSBN 1801950)
   Assistant United States Attorney
5
6  150 Almaden Blvd., Suite 900
   San Jose, California 95113
7  Telephone: (408) 535-5053
   FAX: (408) 535-5066
8  Thomas.M.OConnell@usdoj.gov

9  Attorneys for Plaintiff

RECEIVED
2007 SEP 25 PM 12:08
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

FILED
OCT - 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MICHAEL SAEZ, <br> Defendants. | No. CR 07-00527 RMW <br><br> STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME <br><br> SAN JOSE VENUE |

On September 17, 2007, the parties in this case appeared before the Court for status conference. The parties jointly requested that the case be continued from September 17, 2007, until October 15, 2007 at 9:00 a.m. in order for counsel for defendant and the Government to discuss a possible resolution of the case. In addition, the parties requested an exclusion of time under the Speedy Trial Act from September 17, 2007 to October 15, 2007 at 9:00 a.m. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

//

STIPULATION AND [~~PROPOSED~~] ORDER
No. 07-00527 RMW                    1

1 | SO STIPULATED:              SCOTT N. SCHOOLS
2 |                             United States Attorney
3 | DATED:                      /s/ _____
4 |                         for THOMAS M. O'CONNELL
5 |                             Assistant United States Attorney

6 | DATED: 9/23/07             /s/ _____
7 |                             VICKI H. YOUNG
8 |                             Counsel for MICHAEL SAEZ

9    Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
10 under the Speedy Trial Act from to September 17, 2007 to October 15, 2007. The Court finds,
11 based on the aforementioned reasons, that the ends of justice served by granting the requested
12 continuance outweigh the best interest of the public and the defendant in a speedy trial. The
13 failure to grant the requested continuance would deny defense counsel reasonable time necessary
14 for effective preparation, taking into account the exercise of due diligence, and would result in a
15 miscarriage of justice. The Court therefore concludes that this exclusion of time should be made
16 under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
17 SO ORDERED.

19 DATED: 10/4/07              _____
20                             RONALD M. WHYTE
21                             United States District Judge

STIPULATION AND [PROPOSED] ORDER
No. 07-00527 RMW                         2