1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3
   Telephone (415) 421-4347
4
   Counsel for Michael Saez
5

6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-527 RMW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION RE CONTINUANCE OF STATUS DATE; [PROPOSED] |
| v. | ) ) | ORDER |
| MICHAEL SAEZ, | ) ) | |
| Defendant. | ) ) | |

It is hereby stipulated between the defendant Michael Saez, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Thomas O'Connell, that the status date of October 15, 2007, at 9:00 a.m. be continued to November 5, 2007, at 9:00 a.m. The reason for this continuance is that defense counsel needs additional time to review the additional discovery that was provided on October 3, 2007.

Under Title 18 U.S. C. §3161(h)(8)(B(iv), the continuance is necessary to allow defense counsel the reasonable time necessary for effective preparation of the defense taking into the account the exercise of due diligence.

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

- 1 -

1 | It is so stipulated.

2 | Dated: October 8, 2007                Respectfully submitted,

5 | /s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Michael Saez

7 | Dated: October 11, 2007               SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

10 | /s/ Thomas O'Connell
THOMAS O'CONNELL
Assistant United States Attorney

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER
- 2 -

PROPOSED ORDER

GOOD CAUSE BEING SHOWN, the status appearance set for October 15, 2007, is continued to November 5, 2007. This Court finds that the period from October 15, 2007, through and including November 5, 2007, is excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h). The basis for such exclusion is the additional time was needed by the defense to review the new discovery.

Therefore the ends of justice served by such a continuance outweigh the best interest of the public and the defendants in a Speedy Trial within the meaning of Title 18 U.S.C §3161(h)(8)(A).

As required by 18 U.S.C §3161 (h)(8)(B(iv), this Court finds that the reason that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial are the denial of the continuance would unreasonably deny the defendant reasonable time necessary for effective preparation of the pretrial motions and defense, taking into account the exercise of due diligence, and would deny the defendant continuity of counsel.  18 U.S.C. §3161(h)(8)(B)(iv).

DATED:

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE
[PROPOSED] ORDER

- 3 -