***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte        **REPORTER:** Lee-Anne Shortridge

**DATE:** November 5, 2007        **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00527-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- MICHAEL SAEZ
    APPEARANCES:                                (P) (C)

**PLTF:** AUSA: S. Yen for T. O'Connell      **DEFT:** V. Young

**COURT ACTION: DISPOSITION**

**Hearing Held.  The defendant plead guilty to Count 1 of the Indictment.  A Plea Agreement was executed in open court.  The Court set a sentencing date of 1/14/08 @ 9:00 am.  The defendant shall remain in custody pending sentencing.**

    */s/ Jackie Garcia*
    JACKIE GARCIA
    **Courtroom Deputy**