***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte           **REPORTER:** Lee-Anne Shortridge

**DATE:** January 14, 2008           **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00527-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- MICHAEL SAEZ
          **APPEARANCES:**                      (P) (C)

**PLTF:** AUSA: T. O'Connell           **DEFT:** V. Young
         **PROBATION OFFICER:**        L. Timmons

**COURT ACTION: JUDGMENT AND SENTENCING**

**Hearing Held.  The Court sentenced the defendant to the custody of the B.O.P. for a period of 120 months as to Count 1 of the Indictment.  Upon release from custody, the defendant shall be placed on supervised release for a period of 5 years.  The defendant shall pay to the government a special assessment in the amount of $100, which shall be due immediately. The Court did not impose a fine.  See Judgment for specifics.**

/s/ Jackie Garcia
**JACKIE GARCIA**
**Courtroom Deputy**